**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JASON SOBEK, | ) ) ) | |
| Plaintiffs, | ) ) ) | ***Jury Trial Demanded*** |
| v. | ) ) | |
| EDUCATION MANAGEMENT, LLC; SOUTH UNIVERSITY, LLC d/b/a SOUTH UNIVERSITY ONLINE; ARGOSY EDUCATION GROUP, INC. d/b/a ARGOSY UNIVERSITY ONLINE; THE ART INSTITUTES INTERNATIONAL, LLC d/b/a THE ART INSTITUTES ONLINE; and EDUCATION MANAGEMENT CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:10-cv-00131-DSC-CRE<br><br>Electronically Filed<br><br>Judge David S. Cercone<br>Magistrate Judge Cynthia R. Eddy |
| Defendants. | ) | |

**AMENDED MOTION TO AMEND SEAL ORDERS**

NOW COME Defendants, by and through counsel, and request that this Court amend its prior seal orders. For the reasons more fully set forth in the Memorandum of Law supporting this Motion, which is contemporaneously filed under seal, the Court should grant Defendants access to the requested documents.

WHEREFORE, Defendants respectfully request that the Court grant this Motion.

Dated: August 10, 2012

Respectfully submitted,

 /s/ *Laura E. Ellsworth*
Laura E. Ellsworth (Pa. 39555)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA  15219
Ph: (412) 391-3939
Fx: (412) 394-7959
Email: leellsworth@jonesday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2012, I caused a true and correct copy of Defendants' Amended Motion To Amend Seal Orders to be electronically filed using the Court's Electronic Case Filing System. Notice of this filing will be sent to counsel of record via ECF notification.

I also certify that on this 10th day of August, 2012, I caused a true and correct copy of Defendants' Memorandum of Law in Support of their Amended Motion To Amend Seal Orders to be filed under seal with the Clerk of Court, along with the exhibit in support thereof. Copies of those sealed filings were also served via electronic mail on the following:

| | |
|---|---|
| Andrew M. Stone<br>STONE LAW FIRM, LLC<br>1806 Frick Building<br>437 Grant Street<br>Pittsburgh, PA 15219<br>Ph: (412) 391-2005<br>Fx: (412) 391-0853<br>astone@stone-law-firm.com<br>*Local Counsel for Relator* | Christopher Casper<br>Jesse L. Hoyer<br>Sean P. Keefe<br>JAMES, HOYER, NEWCOMER,<br>SMILJANICH & YANCHUNIS, P.A.<br>One Urban Centre, Suite 550<br>4830 West Kennedy Boulevard<br>Tampa, Fl. 33609<br>Ph: (813) 397-2300<br>Fx: (813) 397-2310<br>ccasper@jameshoyer.com<br>jlhoyer@jameshoyer.com<br>skeefe@jameshoyer.com<br>*Lead Counsel For Relator* |

Paul E. Skirtich
UNITED STATES ATTORNEY'S OFFICE
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Ph: (412) 644-3500
paul.skirtich@usdoj.gov
*Attorney for the United States of America*


  /s/ *Laura E. Ellsworth*