IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JASON SOBEK,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDUCATION MANAGEMENT, LLC; SOUTH UNIVERSITY, LLC d/b/a SOUTH UNIVERSITY ONLINE; ARGOSY EDUCATION GROUP, INC. d/b/a ARGOSY UNIVERSITY ONLINE; THE ART INSTITUTES INTERNATIONAL, LLC d/b/a THE ART INSTITUTES ONLINE; and EDUCATION MANAGEMENT CORPORATION,<br><br>    Defendants. | Civil Action No. 2:10-cv-00131-TFM-CRE |

## STIPULATED ORDER

Upon agreement of the parties, it is hereby ORDERED that the Case Management Conference scheduled for September 26, 2013, at 10:00 a.m., is converted to a status conference and continued to September 26, 2013, at 1:00 p.m.  It is further ORDERED that Plaintiff's September 25, 2013 deadline for responding to Defendants' Motion to Expedite and Sequence Discovery on Jurisdictional and Other Threshold Matters is continued pending further Order.

SO STIPULATED on September 24, 2013:

 /s/ *Andrew M. Stone*
Andrew M. Stone (Pa. 35176)
STONE LAW FIRM, LLC
1806 Frick Building
437 Grant Street
Pittsburgh, P A 15219
Ph: (412) 391-2005
Fx: (412) 391-0853
Email: astone@stone-law-firm.com

 /s/ *Laura E. Ellsworth*
Laura E. Ellsworth (Pa. 39555)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA  15219
Ph: (412) 391-3939
Fx: (412) 394-7959
Email: leellsworth@jonesday.com

**SO ORDERED on September ___, 2013:**

_____