IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> JASON SOBEK, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EDUCATION MANAGEMENT, LLC, *et al.*) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 10-0131 <br><br> JUDGE TERRENCE F. McVERRY <br><br> MAGISTRATE JUDGE <br> CYNTHIA REED EDDY <br><br> ELECTRONICALLY FILED |

### ORDER OF COURT

After review and consideration of the Motion of the United States, IT IS ORDERED that the Motion of the United States to voluntarily produce draft language to Counsel for the Defendants for inclusion in a Settlement Agreement is GRANTED. By the close of business on Thursday, January 9, 2014, the United States is hereby ordered to produce all necessary draft language discussing the issue of Release of all Defendants in this Civil Action by the United States Department of Education, to Counsel for the Defendants for further use in settlement negotiations.

IT IS SO ORDERED.

_Cynthia R. Eddy_
UNITED STATES MAGISTRATE JUDGE

Dated: 1/9/2014

cc: Paul E. Skirtich, Assistant U.S. Attorney
Jay D. Majors, Department of Justice
Laura E. Ellsworth, Esquire
Anderson T. Bailey, Esquire
Christopher Casper, Esquire
Andrew Stone, Esquire