# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> *ex rel.,* JASON SOBEK, ) <br>     Plaintiff, ) <br> ) <br>            v. ) <br> ) <br> EDUCATION MANAGEMENT, LLC, ) <br> SOUTH UNIVERSITY, LLC, ) <br> *doing business as* ) <br> SOUTH UNIVERSITY ONLINE, ) <br> ARGOSY EDUCATION GROUP, INC., ) <br> *doing business as* ) <br> ARGOSY UNIVERSITY ONLINE, ) <br> THE ART INSTITUTES ) <br> INTERNATIONAL, LLC, ) <br> *doing business as* ) <br> THE ART INSTITUTES ONLINE, and ) <br> EDUCATION MANAGEMENT ) <br> CORPORATION, ) <br>     Defendants. ) | Civil Action No. 10-131 <br> United States District Judge <br> Terrance F. McVerry <br> United States Magistrate Judge <br> Cynthia Reed Eddy <br><br> **SETTLEMENT CONFERENCE** <br> **JANUARY 30, 2014** |

## HEARING ON -- CONTINUATION OF STATUS SETTLEMENT

FOR PLAINTIFFS/RELATOR          FOR DEFENDANTS
Andrew Stone, Christopher
Caspar, Paul Skirtich, Jay Majors        Laura Ellsworth, Anderson Bailey

Hearing begun  10:00 AM     Hearing adjourned to **March 27, 2014, at 10:30 AM**

Hearing concluded C.A.V.  5:35 PM          Stenographer          NONE

Counsel updates Court on progress of settlement agreement drafting and points of concern.

Counsel make oral motion to continue settlement conference, administratively close case, and stay court proceedings until March 27, 2014.  Court grants motion and will enter separate order.

Parties are *strongly* encouraged to commence additional settlement discussion immediately