IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JASON SOBEK, | ) ) ) | CIVIL ACTION NO. 10-0131 |
| Plaintiffs, | ) ) | JUDGE TERRENCE F. McVERRY |
| v. | ) ) | MAGISTRATE JUDGE CYNTHIA REED EDDY |
| EDUCATION MANAGEMENT, LLC., et al., | ) ) ) | |
| | ) | ELECTRONICALLY FILED |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND THE ADMINISTRATIVE STAY
AND TO CONTINUE THE MARCH 27 SETTLEMENT CONFERENCE**

AND NOW, comes counsel for the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant United States Attorney for said district, counsel for the Defendants, Laura E. Ellsworth, Esquire, and counsel for Relator, Andrew M. Stone, Esquire together submit their Joint Motion to Extend the Administrative Stay and to Continue the March 27 Settlement Conference. In furtherance of this Motion, Counsel aver:

1. On January 31, 2014, this Court entered an administrative stay of all proceedings until March 27, 2014, and ordered all parties to reconvene for a status conference and/or continuation of settlement talks on that date.

2. Counsel for all parties respectfully suggest that an extension of the March 27 date would facilitate continued negotiations on these issues.

WHEREFORE, all parties ask this Court to grant their Joint Motion to Extend the Administrative Stay and to Continue the March 27 Settlement Conference until May 6, 2014, at 10:00 a.m.

A proposed Order accompanies this Motion.

<div style="margin-left: 3em;">

Respectfully submitted,

DAVID J. HICKTON
United States Attorney
Western District of Pennsylvania

s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant United States Attorney
PA ID No. 30440
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7418
(412) 644-6995 (fax)

JAY D. MAJORS
Attorney, Civil Division
U.S. Department of Justice
Commercial Litigation Branch
Post Office Box 261 - Ben Franklin Station
Patrick Henry Building, Room 9539
Washington, DC 20044
(202) 307-0264

Attorneys for the United States
   of America

s/Andrew M. Stone, Esquire
ANDREW M. STONE, EDQUIRE
STONE LAW OFFICE, LLC.
437 Grant Street, Suite 1806
Pittsburgh, PA 15219

Counsel for Relator

</div>

                                                  s/Laura E. Ellsworth, Esquire
LAURA E. ELLSWORTH, ESQUIRE
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514

Counsel for EDUCATION MANAGEMENT, LLC

Dated:   March 26, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2014, a true and correct copy of the foregoing Joint Motion to Extend the Administrative Stay and to Continue the March 27 Settlement Conference has been electronically filed and/or sent via U.S. mail, to the parties noted below:

>Laura E. Ellsworth, Esquire
>Anderson T. Bailey, Esquire
>JONES DAY
>500 Grant Street, Suite 4500
>Pittsburgh, PA 15219-2514
>
>Christopher Casper, Esquire
>JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.
>4830 West Keneedy Boulevard, Suite 550
>Tampa, FL 33609
>
>Andrew M. Stone, Esquire
>STONE LAW OFFICE, LLC.
>437 Grant Street, Suite 1806
>Pittsburgh, PA 15219

>>s/Paul E. Skirtich
>>PAUL E. SKIRTICH
>>Assistant United States Attorney